NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
03-710

STATE OF LOUISIANA

VERSUS

ORLANDO OROSTEGUI

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 01-212,972
HONORABLE JOHN E. CONERY, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*
NED E. DOUCET, JR.
CHIEF JUDGE
\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

CONVICTIONS AFFIRMED.
SENTENCES AMENDED.

J. Phil Haney, District Attorney
Renee M. Louviere, Asst. District Attorney
St. Mary Parish Courthouse, Fifth Floor
Franklin, LA 70538
Counsel for Plaintiff/Appellee:
    State of Louisiana

Martin E. Regan, Jr.
Kris A. Moe
Regan, Manasseh & Boshea
2125 St. Charles Avenue
New Orleans, LA 70130
Counsel for Defendant/Appellant:
    Orlando Orostegui